

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jay Candelario, Individually and On Behalf of All Others Similarly Situated,<br><br>**Plaintiff,**<br>V.<br>Amerilist, Inc.,<br><br>**Defendant.** | **FILED**<br>2021-04-26<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY:   T. Ferris , Deputy<br><br>Civil No. 21-cv-00586-JLS-JLB |

**STRICKEN DOCUMENT:**

ANSWER to Complaint/Letter

**Per Order #    7**

4